# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E. 42nd Street, Suite 4510
New York, New York 10165

Telephone: (212) 317-1200
Facsimile: (212) 317-1620

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2026

July 6, 2026

**VIA ECF**
Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

MEMO ENDORSED

**Re:** **Camano et al v. 106 Colombia Deli Corp. et al**
**Case No.: 1:22-cv-07480-CM**

Your Honor:

This office represents the Plaintiffs in the above-referenced matter. Plaintiffs served Defendants with discovery demands on February 20, 2026, and Defendants' responses were due on March 22, 2026. Since then, the parties have had phone calls and exchanged emails regarding the outstanding discovery, whereupon Defendants' counsel informed us on May 5, 2026 that he would be seeking to be relieved as counsel as he has not had any recent communications with his clients. Since then, the motion to withdraw has not been filed, and we have not received any discovery responses. Accordingly, we request that your Honor order Defendants' counsel to either file a motion to withdraw, or to provide discovery responses by July 14, 2026.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/ Michael Faillace*
Michael Faillace

9/28/2026 Either Mr. Greenberg files a motion for leave to withdraw by October 8, 2026 or discovery must be produced by that date. If it turns out that defendant cannot be reached and has made no provision for getting this case through an attorney, Mr. Faillace can move for a default judgment.
CM