USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 10/9/2026

LAW OFFICES
Lazzaro Law Firm, P.C.
360 COURT STREET, SUITE 3
BROOKLYN, NEW YORK 11231
TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

October 8, 2026

**Via ECF Filing**
The Honorable Judge Colleen McMahon U.S.D.J.
U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

OK
Colleen McMahon
10/9/2026

MEMO ENDORSED

Re: Camano et al v. Columbia Deli Corp. et al,
1:22-cv-007480-CM

Your Honor:

I represent all Defendants in this matter. This letter is submitted ***on consent of*** Plaintiffs' counsel.

I am writing Your Honor to explain the basis of ***Defendants'*** request for a one-week extension of the deadline, set forth in Your Order dated 9/29/2026. On October 6, 2026, after months of diligent efforts to speak with both of the individual defendants, they called me together. In that conversation, the Defendants responded apologizing for being unresponsive to my efforts to contact them, aware that I was making a motion to withdraw as counsel. They both asked me to try to settle this case, before doing so.

They further asked me to contact Mr. Faillace and make their settlement offer, which I did the same day. That settlement offer has been refused.

Mr. Faillace and I, earlier today, continued to discuss settlement terms. We agreed that if the parties do not reach a settlement of this case by October 15, 2026, I will submit my motion to withdraw as counsel for Defendants.

The parties are continuing to discuss the possibility of a settlement.

I respectfully ask Your Honor to extend the dispositive motion commencement deadline of October 8, 2026 to October 15, 2026.

Your Honor, thank you for your consideration of this request.

Respectfully submitted,

By: Roger Greenberg (RG 9273)

CC: Plaintiffs' Counsel Via ECF'