Case 1:22-cv-07480-CM Document 68 Filed 11/05/26 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LUIS CAMANO and NICASIO MARCELINO VAZQUEZ, individually and on behalf of others similarly situated,

*Plaintiffs,*

-against-

106 COLUMBIA DELI CORP. (D/B/A COLUMBIA DELI) and IBRAHIM ALZUBAIRY AND GAMAL ALFAQIH.

*Defendants.*

---------------------------------------------------------------X

Civil Action No. **1:22-cv-07480-CM**

~~[Proposed Form Of]~~
**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

**JUDGMENT**

On November 5, 2026, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, Luis Camano and Nicasio Marcelino Vazquez, has judgment against Defendants 106 Columbia Deli Corp. (d/b/a Columbia Deli) and Ibrahim Alzubairy and Gamal Alfaqih, jointly and severally, in the amount of Forty Thousand Dollars and Zero Cents ($40,000.00), which is inclusive of attorneys' fees and costs.

Dated: 10 November, 2026

[signature]
HON. COLLEEN MCMAHON
U.S. DISTRICT JUDGE